IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROGER DALE GODWIN,

    Plaintiff,

v.

NANCEY TIDQUIST, TAMMY MAASSEN,
DR. ADLER, RANDALL HEPP,
JODI DOUGHERTY, HOLLY A.
GUNDERSON and RICK RAEMISCH,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-573-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered granting summary judgment in favor of defendants Nancey Tidquist, Tammy Maassen, Dr. Adler, Randall Hepp, Jodi Dougherty, Holly A. Gunderson and Rick Raemisch and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies as required by 42 U.S.C. § 1997e(a).

_____      8/11/11
Peter Oppeneer, Clerk of Court         Date